No. 352. LAURITZEN *v.* SPANN. C. A. 3d Cir. Certiorari denied. *J. Ward O'Neill* and *Francis X. Byrn* for petitioner. *Philip Dorfman* and *John Dorfman* for respondent. *Cornelius P. Coughlan, J. Steward Harrison* and *Scott H. Elder* for American Merchant Marine Institute, Inc., et al., as *amici curiae,* in support of the petition.

No. 528. BUMB, TRUSTEE IN BANKRUPTCY *v.* SUHL ET AL. C. A. 9th Cir. Certiorari denied. *Joseph A. Ball* for petitioner. *Martin Gendel* for respondents.

No. 542. PISANO *v.* THE BENNY SKOU ET AL. C. A. 2d Cir. Certiorari denied. *Harvey Goldstein* for petitioner. *J. Ward O'Neill* for The Benny Skou et al., and *Sidney A. Schwartz* and *Joseph Arthur Cohen* for John T. Clark & Son, respondents.

No. 547. WILLOW TERRACE DEVELOPMENT Co., INC., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *W. Carloss Morris, Jr.,* and *Robert H. McCanne* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Melva M. Graney* and *Robert A. Bernstein* for respondent. *Richard A. Mullens* for the National Association of Home Builders, as *amicus curiae,* in support of the petition.

No. 552. CHATSWORTH COOPERATIVE MARKETING ASSOCIATION ET AL. *v.* INTERSTATE COMMERCE COMMISSION. C. A. 7th Cir. Certiorari denied. *Norman Miller, Earl G. Schneider* and *Michael R. Galasso* for petitioners. *Solicitor General Marshall, Robert W. Ginnane* and *Bernard A. Gould* for respondent.